

\NIVERSITY OF MINNESOTA / DEPARTMENT OF MEN'S INTERCOLLEGIATE ATHLETICS

August 16, 1984

Mike Sachs

Oaklawn, IL  60453

Dear Mike,

As a student-athlete entering your senior year of high school, college opportunities and decisions are upon you.

Your final year is a very important one academically as well as athletically. The grade point average and class rank you establish, along with college board exams, are the criteria used for college admission.

I would like to suggest that you register and take the ACT and/or SAT tests as soon as possible. Your guidance counselor will give you all the necessary information.

Best of luck in the coming year. We look forward to watching your progress, both on and off the ice. If I or anyone on our staff can he of help to you, please don't hesitate to call.

Very truly yours,

Brad Buetow
Head Hockey Coach
UNIVERSITY OF MINNESOTA

BB:pjb

EXHIBIT
1