**IT'S GOLDEN GOPHER HOCKEY!**

NCAA Champions.....
- 1974
- 1976
- 1979

NCAA Runners Up.....
- 1971
- 1975
- 1981

NCAA Tournament.....
- 1953
- 1954
- 1961
- 1971
- 1974
- 1975
- 1976
- 1979
- 1981

WCHA Champions.....
- 1953
- 1954
- 1970
- 1975
- 1981

WCHA Runners Up.....
- 1961
- 1966
- 1974
- 1979
- 1980

Big Ten Champions.....
- 1960
- 1963
- 1965
- 1966
- 1970
- 1974
- 1975
- 1979
- 1980
- 1981

**A Message From Gold Country......**

Dear Mike,

You've won Nationals 2 years in a row due to great coaching, now that coaching is at the "U." How can we miss?

Sincerely,

The person you admire most in the world.

**THE FASTEST GAME IN TOWN.....**

EXHIBIT 2



UNIVERSITY OF MINNESOTA / DEPARTMENT OF MEN'S INTERCOLLEGIATE ATHLETICS

Dear Mike;

I just wanted to drop you a note congratulating you for your fine performance at the Minnesota Hockey Schools as well as the AHAUS Midget Elite Camp.

We would appreciate it if you filled out the enclosed questionnaire and returned it to the hockey office along with a schedule of your games with the Vulcans as soon as it becomes available. I look forward to watching your progress during the coming season as well as getting a chance to present our program to you. We at the University of Minnesota feel we have the finest institution of learning combined with an athletic program rich with tradition available to the prospective student-athlete.

Best wishes for the coming season on the ice and in the classroom.

Sincerely,

Tom "Chico" Adrahtas

P.S. Yes, it hurt writing all of this B.S.



September 12, 1984

UNIVERSITY OF MINNESOTA / DEPARTMENT OF MEN'S INTERCOLLEGIATE ATHLETICS

Mike Sacks
1445 Salem Church Rd. #309
Inver Grove Hgts., MN   55075

Dear Mike:

I hope the school year has started out well for you, and I'm sure you're anxious for the hockey season to start. We at the University of Minnesota are anxiously awaiting the season and are very optimistic about this year's line up.

In beginning the tough task of choosing a four year college, I feel it is very important that each student-athlete come to understand the importance of having a qualified and accomplished coaching staff to help him develop on and off the ice during his collegiate career. To that end, I'd like to introduce you to the Golden Gopher coaches.

Head Coach Brad Buetow enters his sixth season as head hockey coach at the "U" with a sparkling record of 140-62-5. A standout prep athlete in four sports, Coach Buetow went on to play pro hockey for the Cleveland Crusaders in the WHA before being forced to retire with a knee injury. He worked as an assistant for four years under Herb Brooks, playing an integral role in bringing National Championships to the "U" in 1976 and 1979.

This is my first year as a member of the staff. Last year I coached the Franklin Park Jets Jr. A team to a National Championship. Seven members of that squad will be competing in Division I this year and two were drafted by NHL teams. I also served as coach and recruiter at the College of DuPage and coached the Chicago Budweiser Midget Jets to the Tier II National Championship. My main duties will be recruiting and academic oversight.

Mike Foley has been an assistant here since 1977 and is a teacher at St. Paul Academy where he formerly served as head hockey coach. He played Division I at Colgate, and helps in recruiting, scouting, practices, and in-game strategies.

Bob Shier is a part-time member of the staff and will be helping me with recruiting and working with the defensemen on the ice. This is Bob's second year on staff. He formerly played for the Gophers under Glen Sonmor. Carl Wetzel serves as our Goaltending Coach. Carl played for Montreal, Detroit, and Minnesota and brings a wealth of knowledge to our netminders.

We all wish you a successful season, and look forward to watching you play.

Sincerely,

"Chico"

Tom "Chico" Adrahtas
Assistant Hockey Coach



UNIVERSITY OF MINNESOTA / DEPARTMENT OF MEN'S INTERCOLLEGIATE ATHLETICS

November 5, 1984

Mike Sacks
1445 Salem Church Rd. #309
Inver Grove Hgts., MN  55075

Dear Mike,

As you probably know by now, we're off to a flying start and this past weekend was no exception. We stopped Northeastern's winning streak at 3 with a 6-1 victory on Friday, and completed the sweep with a thrilling 6-5 OT victory.

Right now, most phases of our game are doing well. Our power play has steadily improved (despite the fact that we've played the last 5½ games without Corey Millen, and last weekend without Tom Rothstein), our penalty kill has been effective (5 shorthanded goals against Maine two weeks ago!), and our overall defense has been the best in the league, with our offense the tops in the country.

This weekend we travel to Colorado College's tiny rink to face the hot Tigers. CC had last weekend off, so they'll be well rested, and they were coming off a lopsided 12-5 win over Denver. So, the Gophers will face another tough weekend of Division I competition.

It's always great to be winning, but the factor that I believe will carry this team through the season is its attitude. Ours is terrific, practice is fun, the games are exciting, and Gopher hockey is more than tradition...it's living tradition!

We hope you'll be a part of it in the near future.

Sincerely,

"Chico"

Tom "Chico" Adrahtas
Assistant Hockey Coach
UNIVERSITY OF MINNESOTA

TA:pjb

enc.

*Good game against Sioux City... Just strive to get better every game....*

Bierman Field, Athletic Building, Minneapolis, Minnesota 55455

Gold Country



UNIVERSITY OF MINNESOTA / DEPARTMENT OF MEN'S INTERCOLLEGIATE ATHLETICS

December 17, 1984

Mike Sacks
1445 Salem Church Rd. #309
Inver Grove Hgts., MN  55075

Dear Mike,

As the Christmas season approaches and the hockey season is in full swing all college hockey teams are assessing their talent with an eye towards the type of players they'll be looking for to play in the 1985-86 season. I'm sure that the decision you'll be making on where to play is beginning to weigh heavily on you.

I'd like to take this opportunity to remind you that your senior year is one for you to enjoy...don't lose sight of that! As anxious as you are for college to start and to face your next level of competition, you are currently representing a team that has provided a forum to showcase your talents. Represent that team proudly.

The entire staff of the Golden Gopher hockey team has been and will continue to be out watching you play. We remind you that because we respect your senior year, we will not always be very visible through personal contacts or phone calls. We do ask that if another school is pressing you for a decision, please feel free to check with us as to where you stand in our plans.

You will be hearing from us...but we will not be a nuisance. We respect you too much for that, and that is our policy.

I have enclosed an article about Coach Buetow that I hope you enjoy. Best wishes for continued success and keep the grades up!

Sincerely,

Tom "Chico" Adrahtas
Assistant Hockey Coach
UNIVERSITY OF MINNESOTA

TA:pjb

enc.