

UNIVERSITY OF MINNESOTA / DEPARTMENT OF MEN'S INTERCOLLEGIATE ATHLETICS

April 23, 1985

Mr. and Mrs. Sacks
10605 S. Kenton
Oak Lawn, IL  60453

Dear Mr. and Mrs. Sacks,

We thought the enclosed photo would look good in the Sacks home. The day your son signed his letter of intent at the University of Minnesota was a special one for him. We want you to know that it was a special one for us as well.

He has made a commitment to academic and athletic excellence, and we share in your excitement over his deciding to become a Golden Gopher.

As always, if you need anything, do not hesitate in calling.

Sincerely,

*"Chico"*

Tom "Chico" Adrahtas
Assistant Hockey Coach
UNIVERSITY OF MINNESOTA

TA:pjb

enc.



(right to left)

FRONT ROW: Dave Snuggerud, Mike Sacks, Tom Chorske, Dave Espe

BACK ROW: Bob Shier (Assistant Coach), Jay Cates, Mike Luckraft, Todd Richards, Tom "Chico" Adrahtas (Assistant Coach)