

UNIVERSITY OF MINNESOTA / DEPARTMENT OF MEN'S INTERCOLLEGIATE ATHLETICS

May 10, 1985

Mike Sacks
1445 Salem Church Rd. #309
Inver Grove Heights, MN   55075

Dear Mike,

Just wanted to drop you a note regarding the housing situation here at the "U". The hockey program has five dorm rooms reserved for our use for new students. They are located in Centennial Hall and Pioneer Hall. While the paperwork on these rooms will start in a couple of weeks, the actual room assignments will not take place until August.

Thus far, I have received communications from people desiring roommates as follows:

    Tom Chorske and Marty Nanne

    Mike Luckraft and Mike Sacks

If you'd like to make any other special rooming arrangements please let me know. Otherwise, you have plenty of time before you'll hear your actual room location.

Sincerely,

*Chico*

Tom "Chico" Adrahtas
Assistant Hockey Coach
UNIVERSITY OF MINNESOTA

TA:pjb

EXHIBIT 4