# Certificate of Award

### Simley Senior High School
### Inver Grove Heights, Minnesota

**This Certifies That**

MICHAEL SACKS

Has earned special recognition and is hereby granted this Certificate of Award for

UNIVERSITY OF MINNESOTA ATHLETIC SCHOLARSHIP

In Witness Whereof our signatures are hereto affixed.

Given this __31ST__ day of __MAY__ nineteen hundred and __EIGHTY FIVE__

*[signatures]*

EXHIBIT 5