UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Sacks; Christopher Jensen; Brent Cary; Benjamin Cole; Kelly Gee; Frank Pietrangelo; John Doe A; and Jeffrey Walker,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>University of Minnesota; The Board of Regents of the University of Minnesota; Thomas Adrahtas (individual and official capacity); USA Hockey, Inc.; Amateur Hockey Association Illinois, Inc.,<br><br>　　　　Defendants. | Court File No. 21-cv-1215 (ECT/JFD)<br><br>**NOTICE OF HEARING ON DEFENDANT AMATEUR HOCKEY ASSOCIATION ILLINOIS, INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

PLEASE TAKE NOTICE THAT defendant Amateur Hockey Association Illinois, Inc. will bring a Motion to Dismiss Plaintiffs' Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Local Rules of this Court, before the Honorable Eric C. Tostrud, on **December 20, 2021**, at **11:00 a.m.**, in Courtroom 3B, at the Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, MN 55101.

Dated: September 15, 2021     HINSHAW & CULBERTSON LLP

By: *s/M. Annie Santos*
M. Annie Santos, Reg. No. 0389206
Rita Gokhberg, Reg. No. 0401700
333 South Seventh Street, Suite 2000
Minneapolis, MN  55402
Telephone:  612-333-3434
Fax:  612-334-8888
asantos@hinshawlaw.com
mgokhberg@hinshawlaw.com

ATTORNEYS FOR DEFENDANT
AMATEUR HOCKEY ASSOCIATION
ILLINOIS, INC.